UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:25-cr-00116-1

SHAREE WOODSON

## ORDER

On October 29, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count Five charges the Defendant with knowingly and intentionally possessing with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of cocaine base, also known as "crack," both Schedule II controlled substances, and a quantity of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on October 29, 2025. [ECF 63]. Objections in this case were due on November 17, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 63**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and his counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: December 15, 2025

Frank W. Volk
Chief United States District Judge